Anthony R. Bisconti, State Bar No. 269230
tbisconti@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
360 E. 2nd St., Ste. 625
Los Angeles, California 90012
Telephone (213) 528-3400
Facsimile (949) 369-3701

Eric Snyder (admitted pro hac vice)
esnyder@wilkauslander.com
**WILK AUSLANDER LLP**
825 Eighth Avenue, Ste. 2900
New York, NY 10019
Telephone (212) 981-2300
Facsimile (212) 981-2316
*Pro Hac Vice*

*Attorneys for Standard General L.P.,
Standard General Master Fund, L.P.
and P Standard General Ltd.*

FILED & ENTERED

JUN 08 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DOV ARIEH CHARNEY,<br><br>Debtor, | Case No. 2:22-bk-11335-VZ |
| STANDARD GENERAL, L.P., a Delaware limited partnership; STANDARD GENERAL MASTER FUND, L.P., a Cayman Islands limited partnership; P STANDARD GENERAL LTD., a British Virgin Islands limited company,<br><br>Plaintiffs,<br><br>v.<br><br>DOV CHARNEY an individual,<br><br>Defendant. | Adv. Pro. No.: 2:22-ap-01128-VZ<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>Pretrial Conference<br>Date:  October 26, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>       Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

The Court considered the stipulation filed by and between Standard General L.P., Standard General Master Fund, L.P., and P Standard General Ltd. (collectively, "Plaintiffs"), on the one hand, and debtor Dov Arieh Charney (the "Debtor" or "Defendant" and, together with Plaintiffs, the

1

"Parties"), on the other hand (the "Stipulation") [Dkt. No. 38] and has determined that good cause exists to approve the Stipulation. Accordingly,

**IT IS ORDERED THAT:**

1. The Parties' Stipulation is APPROVED.

2. This case is DISMISSED with prejudice pursuant to Federal Rule of Bankruptcy Procedure 7041.

###

Date: June 8, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge