United States Bankruptcy Court

Central District of California

Standard General, L.P.,
    Plaintiff

Charney,
    Defendant

Adv. Proc. No. 22-01128-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jun 08, 2023      Form ID: pdf031      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Dov Arieh Charney |
| pla | | P Standard General Ltd. |
| pla | | Standard General Master Fund, L.P. |
| pla | | Standard General, L.P. |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Bisconti | on behalf of Plaintiff Standard General Master Fund L.P. tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com |
| Anthony Bisconti | on behalf of Plaintiff P Standard General Ltd. tbisconti@bklwlaw.com 7657482420@filings.docketbird.com;docket@bklwlaw.com |
| Anthony Bisconti | on behalf of Plaintiff Standard General L.P. tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com |
| Christopher J Harney | on behalf of Defendant Dov Arieh Charney charney@tocounsel.com stena@tocounsel.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Jun 08, 2023 Form ID: pdf031 Total Noticed: 0
TOTAL: 5

1 | Anthony R. Bisconti, State Bar No. 269230
tbisconti@bklwlaw.com
2 | **BIENERT KATZMAN LITTRELL WILLIAMS LLP**
360 E. 2nd St., Ste. 625
3 | Los Angeles, California 90012
Telephone (213) 528-3400
4 | Facsimile (949) 369-3701

5 | Eric Snyder (admitted pro hac vice)
esnyder@wilkauslander.com
6 | **WILK AUSLANDER LLP**
825 Eighth Avenue, Ste. 2900
7 | New York, NY 10019
Telephone (212) 981-2300
8 | Facsimile (212) 981-2316
*Pro Hac Vice*

*Attorneys for Standard General L.P.,
Standard General Master Fund, L.P.
and P Standard General Ltd.*

**FILED & ENTERED**

**JUN 08 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DOV ARIEH CHARNEY,<br><br>Debtor,<br><hr>STANDARD GENERAL, L.P., a Delaware limited partnership; STANDARD GENERAL MASTER FUND, L.P., a Cayman Islands limited partnership; P STANDARD GENERAL LTD., a British Virgin Islands limited company,<br><br>Plaintiffs,<br>v.<br><br>DOV CHARNEY an individual,<br><br>Defendant. | Case No. 2:22-bk-11335-VZ<br><br><br><br><br>Adv. Pro. No.: 2:22-ap-01128-VZ<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>Pretrial Conference<br>Date:  October 26, 2023<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>           Roybal Federal Building<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

The Court considered the stipulation filed by and between Standard General L.P., Standard General Master Fund, L.P., and P Standard General Ltd. (collectively, "Plaintiffs"), on the one hand, and debtor Dov Arieh Charney (the "Debtor" or "Defendant" and, together with Plaintiffs, the

1

"Parties"), on the other hand (the "Stipulation") [Dkt. No. 38] and has determined that good cause exists to approve the Stipulation. Accordingly,

**IT IS ORDERED THAT:**

1. The Parties' Stipulation is APPROVED.

2. This case is DISMISSED with prejudice pursuant to Federal Rule of Bankruptcy Procedure 7041.

###

Date: June 8, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge